IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANGELICA DELGADO,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br><br>        Defendant. | No. CIV 07-150-TUC-CKJ (JCG)<br><br>**ORDER** |

On February 28, 2008, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. # 27] in which she recommended that the relief requested in Plaintiff's opening brief[1] be granted and that this matter be remanded for an award of benefits. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 27] is ADOPTED;

2. Plaintiff's request for Summary Judgment [Doc. # 19] is GRANTED;

3. Defendant's request for Summary Judgment [Doc. # 26] is DENIED;

4. This matter is REMANDED to the Commissioner for an award of benefits, consistent with the findings set forth in the Report and Recommendation.

5. Judgment shall be entered in favor of Plaintiff.

---

[1] The Court notes that Plaintiff sets forth her arguments in a document entitled Statement of Facts.

1   6. The Clerk of the Court shall enter judgment in this case and shall then close
2 its file in this matter.
3   DATED this 25th day of March, 2008.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge

- 2 -